## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

RYAN DAVIS, and ANTHONY CRANE,

**Plaintiffs,**

vs.

SIMON CONTRACTORS, INC, d/b/a
Ogallala Ready Mix & Block Company,

**Defendant.**

8:19CV246

**SECOND AMENDED
CASE PROGRESSION ORDER**

This matter comes before the Court on Defendant's Unopposed Motion to Amend the Case Progression Order (Filing No. 45). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that Defendant's Unopposed Motion to Amend the Case Progression Order (Filing No. 45) is granted, and the amended case progression order is amended as follows:

1) A status conference to discuss dispositive motions, the pretrial conference and trial dates, and settlement status remains scheduled with the undersigned magistrate judge on **October 19, 2020**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline to identify expert witnesses and to complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is **October 31, 2020.**

3) The deposition deadline for expert witnesses is **December 1, 2020**.

4) The deadline for filing motions to dismiss and motions for summary judgment is **January 4, 2021**.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **January 4, 2021**.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

7)      All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge.  Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 18th day of September, 2020.

                                        BY THE COURT:


                                        Michael D. Nelson
                                        United States Magistrate Judge