IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYAN DAVIS and ANTHONY CRANE,

                Plaintiffs,

     vs.

SIMON CONTRACTORS, INC. d/b/a
Ogallala Ready Mix & Block Company,

            Defendant.

**8:19CV246**

**JUDGMENT**

Pursuant to the jury verdict, Filing No. 150:

IT IS ORDERED AND ADJUDGED:

Judgment is entered in favor of the Defendant, Simon Contractors, Inc., d/b/a Ogallala Ready Mix & Block Company on all claims.

DATED this 20th day of April 2022.

BY THE COURT:

Brian C. Buescher
United States District Judge