IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYAN DAVIS and<br>ANTHONY CRANE | ) )<br>) | Case No.  8:19CV246 |
| Plaintiffs, | ) )<br>) | **ORDER TO DESTROY** |
| vs. | ) )<br>) )<br>) | |
| SIMON CONTRACTORS, INC.<br>doing business as<br>OGALLALA READY MIX &<br>BLOCK COMPANY, | ) )<br>) )<br>) )<br>) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on December 13, 2024, that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits from Jury Trial Held 4/11/22 – 4/18/22

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:  December 13, 2024

BY THE COURT

Brian C. Buescher
United States District Judge